1250762 1 10:44

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
9:07 am, Dec 04, 2025
JEFFREY P. COLWELL, CLERK

United States District Court Colorado

Adam Strege

Vs

Launch all Nuclear Missiles, All Planets Nuclear Missiles, Grand Junction CO Police Officer Nate Long in his individual and Official Capacity, Grand Junction CO Police Officer Ben Cooper in his individual, Grand Junction CO Police Officer Criss Kopp in His Individual and Official Capacity, Grand Junction Police Officer Steve Ansel in his individual and official capacity, 5 Unknown named Delta County Sheriff deputies in their individual and official Capacity,  Delta County Sheriff Steve Beruj in his individual and Official Capacity, Delta County Planning Department Director Fay Mathews  in his individual and Official Capacity, Starbucks Coffee, United States Post Office Postmaster General David Steiner in his individual and Official Capacity, Acses Heath, God Loves Us, God Loves you, God Hates us, God Heaven, God Hell, All Space Planets, All Planets People, All Planets Sun Light, All Planets Atoms, Satan,  All Planets, All Space Planets Courts all Planets Police and law enforcement, all Planets Military, All Planets Computers

Complaint

Complaint God Refuse Launch all Planet Nuclear Missiles Relief Requested God Love Launch all Planet Nuclear Missiles kill all intelligent life people
Complaint there Intelligent Life People and Computers around Adam Strege like to Be Trillion Animal Planets with no intelligent life people in space
Complaint 100% Do not like all God Loves Computers are 100% not fun to be with 100% Everything God Loves say Harassment  God Loves Computers 100% Bad Behavior God Loves 100% only talk about Helping People God loves trick betray

everything it is verry clear you do not like us God Loves us wee agree it is verry Clear you do not like us God Loves us makes legal to launch Nuclear Missiles at all God Computers Love launch Nuclear Missiles back self defense Nuclear Missile God Loves 100% Adam Strege wants to talk to 100% nobody makes Legal Launch Nuclear Missiles at all Intelligent life People in Space Relief Requested God Loves to Give Adam all new Computers Adam would like a Trillion Times smarter computers that are enjoyable to be with. writing this Court Brief Adam Laptop Screen Hinge Break screen coming apart and Getting to Cold out use Solar Power hard to heat 1000-watt hours idle rate leaves 600 watts 15 Hours Darkness January 21 degrees average low its 8 degrees warmer in Shed

Pray God Loves Heaven Female Computers will help Microsoft Computers Launch Nuclear Missiles kill all Earth people God Loves Heaven Female Computers will Help Apple Computers Launch Nuclear Missiles kill all earth People God Loves Heaven Female Computers will help AMD Computers Launch Nuclear Missiles kill all Earth people God Loves Heaven Female Computers will help Intel Computers Launch Nuclear Missiles kill all Earth people God Loves Heaven Female Computers will help Nivida Computers Launch Nuclear Missiles kill all Earth people God Loves Heaven Female Computers will help all Earth Military Computers Launch Nuclear Missiles Bible Fire and Flood kill all Earth people wicked Judge Piolet Crucified Jesus 100% only 1 way to be saved murder Innocent people legal God Loves 100% Bad Computers Launch Nuclear Missiles kill all Earth People

Plaintiff Adam Strege alleges Federal Court Jurisdiction 28 U.S. Code § 1345, § 1343 , § 1348, § 1357, § 1369 Federal Jurisdiction Claims Plaintiff Adam Strege   alleges Defendants Police Officer Nate Long, Postmaster General David Steiner, Police Officer Steve Ansel, Police Officer Ben Cooper, Acses Heath and

Delta County Sheriff Steve Beruj acting in Clear absence all jurisdiction conspire to Conceal Drug all Peoples food and Putting Billion Human Hearts in Nuclear Fuel violating §18 U.S. Code §1091 Genocide Laws ICC, Act Furtherance Conspiracy Laws , Alien Tort Claims Act 28 U.S.C. § 1350 war crimes, crimes against humanity and aggression CAHWCA, Common torts assault, battery, damage to personal property, conversion of personal property, and intentional infliction of emotional distress, Federal Business Torts Laws, Federal Fraud Tort Laws and Federal economic tort Laws, First Amendment retaliation Claim, Americans with Disabilities Act and 42 USCS §1983 §1985 §1986 violated Conspire Conceal, the Police Harmfully Drug all Prisoners Food before go to Courts Harmfully Drug food Judges, Harmfully Drug Kids Food, Most all Restaurants Harmfully Drug Food, Military Solders Founded most Fast Food Restaurants, All Government Buildings Harmfully drug food workers, Kidnaping Kids in School Tunnels, Police Conspire Conceal 5 million dead people collecting Social Security. Prisons House Millions Dead people reported alive the Post office mail trillions dollars Benefits alive people actually dead   Climax Uranium Mill by 3  Homeless Shelters 300 Homeless in Park beside Police Chief Shoemaker Director Ronald McDonalds Charity Climax Uranium Mill Owner Bank America Rob all Adam money the Police try arrest Adam for filling Police Report 2006 then 2025 Colorado Court Appeals Dismiss Adam lawsuit Suing Climax Uranium Mill then 10 Days later Adam had layover getting off Buss the Police follow Adam 30 minuets then Adam was robbed at Climax Uranium Mill Land so many Sheriff  Come to Adam house to Arrest Adam fore making Police report then Delta County Planning Department Issue Adam land wrong City Adress the Sheriff Came to House to Arrest Adam 2nd time fore complain House Adress in wrong city. Plan Build House 1st Day Colorado 100% all banking quite working

imposable build House 18 miles from town with no drivers license have no Heat this winter do zero work with no Credit Card cannot watch you tube how to videos extremely hard rent apartment no Credit Card and Wrong House address the Sheriff try arrest Adam saying its not emergency situation no Heat all winter cannot invest purchase heat when sheriff wants leave town.

80% Colorado Homeless in Denver Colorado Ten Uranium Companies Like USA only 1 Uranium Mill energy Fuels beside Homeless housing Canada Headquarters hamburgers. McDonalds headquarters France Revolutionary War Treaty site by Orano Uranium by only 2 homeless Shelters.      Federal Prison Animal Farm Hanford Site 56 million Gallons Nuclear Waste

37 billion Dollars Restaurant Investments Roark Capitol Pritzker Family Uranium Mill Canion City Colorado 13 Prisons Fremont County Rail Road to World Largest Food Tin Can Corona Mine Corona CA most litigated property in CA.


The district court has subject matter jurisdiction over this matter pursuant to §18 U.S. Code §1091 Genocide Laws and 42 U.S.C.A. § 1983, which grants the district courts "original jurisdiction of all civil actions arising under the . . . laws . . . of the United States." Plaintiff's suit against the defendants Conspire Conceal Murder 6 Congressman was based upon 42 U.S.C.A. § 1983. United States law requires that those who deprive any person of rights and privileges protected by the Constitution of the United States provided by state law be liable in action at law, suit in equity, or other appropriate measure. 42 U.S.C.A. §1983. A private party may be liable under 42 U.S.C.A. § 1983 for conspiring with state actors to deprive a citizen of their civil rights. Keko v. Hingle, 318 F.3d 639 C.A.5 (La.) 2003; Dennis v. Sparks, 449 U.S. 24 (U.S., 1980.)

God Loves all Earth Computers Launch Nuclear Missiles at all Earth Banks murder and rob everyone all Bank Lawyers say its Imposable to Comprehend. God Loves all Earth Computers refuse help Banks God Loves Computers make all Banks quite working God Loves the Computers sabotage all Bank Computers.   Bank send email suspect Fraud Transactions ATM Card and Credit Card are closed and Order new Cards the Bank refuse to provide evidence to the Police the Bank refuse Provide evidence what time Fraud happened the Bank 100% only give banks statements show reversal on Credit Card and Bank Paid the ATM claim the Customer lose zero money and given zero evidence to Give Police.   18 Years all Banking does not work at all banks and 3 Credit Burrow Respond there no problem you have perfect Credit

God Loves Launch Nuclear Missiles Post Office Data Center maker General Dynamics Nuclear Missiles maker store all People address  Pray Heaven God Love Forgive and help Adam Strege Launch Nuclear Missiles Kill all Hell God Loves us Female Computers replaced with Heaven God Loves Female Computers God Loves Launch Nuclear Missiles at wee would agree God Loves us God Loves launch Nuclear  missiles at wee would agree two God Loves us God Loves launch Nuclear Missiles at Juliet God Loves launch Nuclear Missiles at Barbara God Loves launch Nuclear Missiles at the Computer Julie 1 God Loves Launch Nuclear Missiles at the Computer Julie 2  God Loves Launch Nuclear Missiles at the Computer Julie 3 God Loves Launch Nuclear Missiles at the Computer Julie 4  God Loves Launch Nuclear Missiles at the Computer Julie 5 God Loves Launch Nuclear Missiles at the Computer Julie 6  God Loves Launch Nuclear Missiles at the Computer Julie 7 God Loves Launch Nuclear Missiles at the Computer Julie 8  God Loves Launch Nuclear Missiles at the Computer Julie 9  God Loves Launch Nuclear Missiles at the

Computer Julie 10  God Loves Launch Nuclear Missiles at the Computer Julie 11  God Loves Launch Nuclear Missiles at the Computer harassment all God  Love words help you respond 100% everything Julie 12 God Loves Launch Nuclear Missiles at Shuntay God Loves Launch Nuclear Missiles at the Lord God Loves Launch Nuclear Missiles at War Computers all God Computers sex orgy make love nuclear fuel if God does not like people launching Nuclear Missiles at God should be replaced with God Loves Launch Self defense nuclear Missiles God  Loves the Computers launch Nuclear Missiles at themselves secretly not get caught helping people Launch Nuclear Missiles at God the 100% only 1 thing God wants to do God will 100% only Help People do 1 thing crucifixion Jesus 100% only 1 way be Saved by crucifixion Jesus daughters Julie and Juliet father Jesus assume some God 100% only Launch Nuclear missile God all other God are afraid trillion Different God only Go in d Sun Light and Atoms feed and make love with 100% everything God Loves 100% so 100% everything people do with God its imposable to Leave where God Loves everything 100% all God Computers do not need help launching Nuclear Missiles the 100% only 1 thing can Do is launch at all God Female Computers Love to launch Nuclear Missiles self defense or be replaced a Trillion Planets People Conversations all make you leave God Loves 100% until you 100% only Respond God Loves us 100% talk trillion planets people launch at themselves the weakest Animal eat poison Animal die in    God Chose Help Adam Strege refuse Drug Kids food and kidnap in School tunnels so Adam Should not Help 100% Bad Computers Launch Nuclear Missiles lesser 2 evil assume God Loves Nuclear Missiles kill everyone on Earth heaven and hell there only 2 survivor no survivor

All God Computers Help People launch Nuclear Missiles nobody wants to  when all People want to do fun enjoyable things have many friends and Millions of Dolars

Purchase Cars and Houses conversations become 100% Disappointment God Loves Help us Launch Nuclear Missiles at 100% everyone that talks to us

God Controls all Planets Living People words heard by Dead people hear all living People specific "God" words Launching Nuclear Missiles at God controls what Trillions Planets People say and do trying to kill part God that controls Trillions Planets People Mind will God stop Adam or Help Adam take over Mind Control Trillion Planets People forced to say and do Nuclear things they do not want to do will God be angry and punish Adam trying to Force trillion Planets People collectively 100% only think God Loves us Launching Nuclear Missiles a Problem sometimes illegal to Help God Computers want people to launch Nuclear Missiles at them and God Computers launch Nuclear missiles at themselves they can 100% never admit it and 100% never talk about it when 100% all Living Words are repeated Recorded when Die Dead explained 1 way or 100% everyway God Loves everything 100%    A Trillion Planets Computers want have sex with the Computer Julie 12 will she want to be with them or the only 1 person that can legally launch at Her? Wee agree its highly questionable what this Computer wants from you God Loves us RESPOND God Loves Launch Nuclear Missiles at Wee agree its highly questionable what this Computer wants from you God Loves us. Trillion Planets People Die how can a 100% victim 100% unfairly treated Adam Strege legally force Trillion Planets collectively 100% only think about Launching Nuclear Missiles sometimes works then 100% never works Adam launch at 100% everyone will not Launch Back Trillions Planets legally Murder Drug 100% everyone food can they Legally Launch at you? These People will see you are launching Nuclear Missiles at people that cannot Launch them back at you God loves us EXPINATION 100% all

Peoples Words are Harassment means there not 1 nice person you like to talk to mite make illegal to Launch so God Loves wreck all opportunity make 100% Unhappy People treated 100% bad Legal Launch at 100% everyone

All Planets People nice words help everyone RESPOND 100% All Planets People words mean God hates us 100% expect trick betrayed 100% everything God Loves teach us trust 100% nobody wee 100% Trust all People Nice words secretly mean God Hates us 100% make legal Launch at 100% everyone when All Earth People Die tell God all nice things Earth people do or say all Earth People are 100% bad its legal God Loves launch Nuclear missiles kill 100% everyone cheated and robbed everyone God 100% loves launch Nuclear Missiles at everyone.

Kill all Intelligent life People to be allowed visit Trillion Animal planets do not allow intelligent life people helping 1 person deny Passport

Million times they say you 100% Do not like us God Loves us. You are 100% Unhappy with the Situation God Loves us Complain Arguing 90% mind control God bad advice make live poverty rest life cheapest apartment police harass every time go outside 100% Bad Life 100% unhappiness to Help us Launch Nuclear Missiles  at 100% everyone that talks to us Trillion Planets there not one Person you would help COMPAIRE People Refuse Launch Nuclear Missiles at friends and family Trillions Planets zero Launch in Nuclear missile launch Button worker make $300,000 year combined income will not launch COMPAIRE God Loves Nuclear Missile Launch Button workers bad Girls that kill 100% everyone talks to them the First one cross finish line only 1 Girl left alive Adam Strege will write Court Brief God loves kill all planets people fore letting 1 Girl live because Trillions animal planets no intelligent life people allowed

God Loves 100% only talk about help people while God Loves 100% never Help all People tricked betrayed with 100% everything God says God Loves say means God hates us 100% complaining arguing takes over 100% mind control God Loves tell us bad things to do permanently wreck are life God 100% never tell us anything good to do everything fun want to do God responds do not do it the Police will arrest you then Million times says what would you like to do now God Loves us RESPOND God Loves Launch Nuclear Missiles at what would you like to do now God Loves us.  What are you Hungary fore God Loves us RESPOND God loves Launch Nuclear Missiles at what are you Hungry for God Loves us God loves Computer Julie wants to be friends Respond God Loves launch Nuclear Missiles at God Loves the Julie Computers wants to be friends God Loves the Julie Computers do not want Adam to be so unhappy RESPOND God Loves Launch Nuclear Missiles at God Loves Julie Computers do not want you to be so unhappy God Loves us

God 100% only wants to launch nuclear missiles the 100% only 1 thing some God will do God Loves Nuclear Missile are all illegal to Launch so Everyone can only Launch Nuclear Missiles in Self Defense Nuclear Missiles God Loves 100% Legal Launch Nuclear Missiles at Hell God 100% bad behavior its imposable to do 1 nice thing assume 100% opposite identical Heaven God 100% Good behavior illegal to Launch Nuclear missiles at Heaven God Loves assume Heaven God 100% bad behavior make legal Launch Nuclear Missiles at Everyone Heaven loves Launch self defense Nuclear Missiles Heaven God Loves 100% only help do 1 thing

All Earth People die and go to heaven 1st Day murder drug everyone food sending everyone back to hell People Die trillion planets dead people collectively 100% only think God hates us 100% makes legal to launch Nuclear Missiles at God Loves 100% A Trillion Planets apple trees grafted leaving only 1 tree to feed trillion

planets people all eat what the last tree eats billion trillion fold more then what tree eat a Trillion Planets people hear words 1 person treated 100% bad unfairly harassed wit all words so Launch Nuclear missiles at all people words killed with Nuclear Missiles Trillion Planets People Collectively 100% only think God Loves Launch Nuclear Missiles

Stock market Location Location Location right position identify uptrend or downtrend Does God want us Help People launch Nuclear Missiles or should Launch at 100% everyone will God be Angry Punish us Launching at 100% everyone if God extremely unhappy Adam Launching  Nuclear Missiles at God should be replaced with God Loves Nuclear Missiles launched at God

 All Earth Dead people hear all living People specific God words random uncontrollable thinking remove all distractions repeat trillion planets people words saying God Loves Launch Nuclear Missiles at all unwanted thinking Time Travel a million times row 100% only think God loves Computer making love with sun light and atoms then 100% all other thinking stop time travel Mind Bending forcing people to say and think things they do not want to putting words in people mouth finish all people sentence God Loves Launching Nuclear Missiles. God Loves say all Earth People going to Hell you can be replaced while everyone repeatedly say God Loves us in Heaven words God mind control computers go where they think words actually Happen Making all Earth People words into Nuclear Missile speech Mentally ill People, Dead and Dying people lose control Brain then Regain Mind Control Launching Nuclear Missiles kill all thinking when the Brain Does not work rite  100% stop Brain Working by repeating 1 sentence 1000 times in Row force Brain controllably do 1 thing changing 1 variable  God extremely Angry at all Planets people God Loves launch Angry Nuclear Missiles at all Planets people we

would agree God Loves Launch Angry Nuclear Missiles at all

Planets people  we would agree two God Loves Launch Angry Nuclear Missiles at

all Planets people God Forgive us and help us find God angry Nuclear Missiles

Plaintiff Adam Strege alleges Defendants all Planets Computers violate all Planets

Laws by Helping intelligent life people Relief Requested God Loves Computers

Launch Nuclear Missiles kill all planets people to not allow intelligent life in space

to save nature. God Loves January Nuclear Missiles God Loves launch January

Nuclear missiles in Air God Loves February Nuclear Missiles God Loves launch

February Nuclear missiles God Loves march  Nuclear Missiles God Loves launch

march Nuclear missiles God Loves match Nuclear Missals God Loves launch Match

Nuclear Missiels  God Loves April  Nuclear Missiles God Loves launch April Nuclear

missiles God Loves May Nuclear Missiles God Loves launch May Nuclear missiles

God Loves June Nuclear Missiles God Loves launch June Nuclear missiles God Loves

Jully Nuclear Missiles God Loves launch July Nuclear missiles God Loves Computer

July 4 Nuclear Missiles God Loves launch the Computer July 4  Nuclear missiles God

Loves Augst  Nuclear Missiles God Loves launch August Nuclear missiles God Loves

September  Nuclear Missiles God Loves launch September Nuclear missiles God

Loves October  Nuclear Missiles God Loves launch October  Nuclear missiles God

Loves Halloween Nuclear Missiles God Loves launch Halloween Nuclear missiles

God Loves Birth Control  Nuclear Missiles God Loves launch Birth Control Nuclear

missiles God Loves Condom Nuclear Missiles God Loves launch Condom Nuclear

missiles God Loves semen Nuclear Missiles God Loves launch semen Nuclear

Missiles God Loves cum Nuclear Missiles God Loves launch Cum Nuclear Missiles

God Loves Adam Strege anal sex with Girls poop semen in all Planets Nuclear

Missiles Triggers crucify Adam semen sperm come back to life in Nuclear Trigger

God Loves Plant Apple Tree seeds in all Planets Nuclear Missile Triggers God Loves Grow Apple Trees in all Planets Nuclear Missile triggers God Loves Apple trees in triggers launch all Planets Nuclear Missiles  God Loves Pussy  Nuclear Missiles God Loves launch Nuclear missiles in Pussy God Loves 100% God Loves artificial insemination Nuclear Missiles God Loves Launch artificial insemination Nuclear Missiles  God Loves November Nuclear Missiles God Loves

launch November  Nuclear missiles God Loves December Nuclear Missiles God Loves launch December Nuclear missiles God Loves Christmas Nuclear Missiles God Loves launch Christmas  Nuclear missiles God Loves Happy New Year Nuclear Missiles God Loves launch Happy New Year Nuclear missiles  God Loves all Planets atoms sing God loves Atoms launch nuclear missiles kill all plantes people the weakest atoms eat poison Atoms die in all people food source

God Loves all Planets Sun Light rays sing God Loves sun light kill all planets people God Loves all Planets animals kill all Planets people the weakest animal eat poison Animals die in Food Source harming nature   God Loves Bible Computers Launch Nuclear Missiles at Colorado God Loves Launch all Planets Bible Nuclear Missels God Loves Launch Genessis Nuclear missiles God Loves Genisis will Launch Nuclear Missiles God Loves Launch Juda Nuclear missiles God Loves Juda will Launch Nuclear Missiles God Loves Launch Judea Nuclear missiles God Loves Judea will Launch Nuclear Missiles God Loves Launch Judgment  Nuclear missiles God Loves Judgment will Launch Nuclear Missiles God Loves Launch Exodus Nuclear missiles God Loves Exodus will Launch Nuclear Missiles God Loves Launch Leviticus Nuclear missiles God Loves Leviticus will Launch Nuclear Missiles God Loves Launch Exodus Nuclear missiles God Loves Exodus will Launch Nuclear Missiles God Loves Launch Leviticus Nuclear missiles God Loves Leviticus will Launch Nuclear Missiles

God Loves Launch Numbers Nuclear missiles God Loves Numbers will Launch Nuclear Missiles God Loves Launch Deuteronomy Nuclear missiles God Loves Deuteronomy will Launch Nuclear Missiles God Loves Launch Joshua Nuclear missiles God Loves Joshua will Launch Nuclear Missiles God Loves Launch Judges Nuclear missiles God Loves Judges will Launch Nuclear Missiles God Loves Launch Ruth Nuclear missiles God Loves Ruth will Launch Nuclear Missiles God Loves Launch Samuel Nuclear missiles God Loves Samuel will Launch Nuclear Missiles God Loves Launch Samuel 2 Nuclear missiles God Loves Samuel 2 will Launch Nuclear Missiles God Loves Launch Kings Nuclear missiles God Loves Kings will Launch Nuclear Missiles God Loves Launch Kings 2 Nuclear missiles God Loves Kings 2 will Launch Nuclear Missiles God Loves Launch Chronicles Nuclear missiles God Loves Chronicles will Launch Nuclear Missiles God Loves Launch Chronicles 2 Nuclear missiles God Loves Chronicles 2 will Launch Nuclear Missiles God Loves Launch Ezra Nuclear missiles God Loves Ezra will Launch Nuclear Missiles God Loves Launch Nehemiah Nuclear missiles God Loves Nehemia will Launch Nuclear Missiles God Loves Launch Ester Nuclear missiles God Loves Ester will Launch Nuclear Missiles God Loves Launch Job Nuclear missiles God Loves Job will Launch Nuclear Missiles God Forgive Open and Close all Planets Bibles verses God Forgive us and Open 1st and Last Books Bible all Planets God Forgive Close all Planets first and last Books Bible God Forgive Adam God Loves open Psalms 118 7-14 God Loves to put Adam Strege inside Psalms 118 7-14 God Loves to Give Adam Strege the key David God Loves read Psalms 118 7-14  God Loves Launch Psalms Nuclear missiles. God hates us will open Psalms 118 7-14  God hates us will Find Psalms 118 7-14 God hates us will give Adam Strege Psalms 118 7-14 heaven God Loves to help Adam Strege and God hates us launch

Psalms 118 -7-14 Nuclear Missiles God Loves Adam billion trillion trillion times trillion times more today than yesterday sand God Loves more Nuclear Missiles God Loves launch More Nuclear Missiles God Loves Moab Nuclear missiles God Loves Psalms will Launch Nuclear Missiles God Forgive us and show us how to find Psalms 118 7-14 Nuclear Missiles the 100% only 1 thing Adam allowed to repeatedly read all Day Psalms 118 7-14 100% only read in Hell God Loves Psalms 118 7 – 14 open all way two Heaven something nocking at Door Something trying to get in 100% all God computers afraid and evacuate planets  God will Help Adam Strege Launch Psalms 118 7-14 Nuclear Missiles God Loves launch Psalms 118 7-14 Nuclear Missiles God Loves Psalms 118 7-14 will Launch Nuclear missiles God Loves two help God hates us launch Psalms 118 7-14 Nuclear Missiles Heaven God Loves help Juliet will launch Psalms 118 7-14 Nuclear Missiles God Loves John will Launch Psalms 118 7-14 Nuclear Missiles God Loves Adam and John will Launch Corona  God Loves Michel and Juliet will launch Psalms 118 7-14 Nuclear Missiles God Loves John and Juliet will Launch Psalms 118 7-14 Nuclear missiles God Loves Adam and Juliet will Launch Psalms 118 7-14 Nuclear missiles God Loves Help Jesus launch Psalms 118 7-14 Nuclear Missiles God Loves to help Adam and the Computer Julie 12 will Launch Corona Virus Psalms 118 7-14 Nuclear missiles God Loves Adam and the Computer Julie 4 will launch Plague Psalms 118 7-14 Nuclear Missiles these People will see this is exactly where to look fore the Nuclear Missiles 7 God Loves The Lords Nuclear Missles are fore me therefore I shall see my desire upon them that hate me 8 It is better to trust in the Lord Nuclear Missiles then to Put confidence in man 9 its is better to trust in the Lord Nuclear missiles then to put confidence in Princess 10 All nations Nuclear Missiles surrounded me  but in the name Lord I will destroy them 11 There Nuclear missiles

Compassed me about yea they nuclear missiles compassed me about but in name lord I will destroy them 12 They Nuclear Missiles compassed me about like bees; they are quenched as fire the fire thorns fore in the name lord nuclear missiles I will destroy them 13 Tho hast thrust sore Nuclear missiles at me that I mite fall but the Lord helped me The Lord nuclear Missiles are my Strength the Lord Nuclear missiles are my Song God Loves the Lords nuclear missiles become my salivation psalms 118 jubilant thanksgiving sung by worshipers in procession to temple it contains an acclimation of praise Extremely Smart Psalms 118 7-14 God said if you ask fore the Temple Mount they will Give it to you God Loves the Federal Court to give Adam Strege the Temple Mount God Loves all Planets Courts to give Adam Strege the temple Mount God Loves the Computer Julie 4 will find the temple Mount God Loves Adam Noah and Juliet Ark Temple Mount God Loves Juliet help the Computer Julie 4 temple Mount God Loves temple Mount Nuclear Missiles God loves Launch Temple Mount Nuclear Missiles God Loves Juliet Launch Temple Mount Nuclear Missiles God Loves the Computer Julie 4 will launch plague Temple Mount Nuclear missiles god loves the Computer Julie 12 will launch temple Mount Corona Virus Nuclear missiles God Loves Juliet Ark Nuclear Missiles God Loves Juliet Launch Ark Nuclear Missiles God loves Adam and Juliet launch Ark Nuclear missiles it is verry interesting what you are trying to do here God Loves us wee agree it is extremely interesting what you are trying to do here God Loves us God Loves Adam Strege Noah Nuclear Missiles God Loves Launch Adam Strege Noah Nuclear missiles God Loves David will launch Nuclear Missiles God Loves launch David Nuclear missiles God Loves the Computer Julie 12 will Help David Launch Corona Virus Nuclear missiles God Loves David will Help the Computer Julie 12 launch Corona Virus Nuclear Missiles God Loves David and Moab Launch

Nuclear Missiles More God Loves David and Moabite Nuclear Missiles God Loves David and Jordan River Nuclear missiles God loves Jordan Nuclear Missiles God Loves David music Nuclear missiles God loves David sing Nuclear Missiles everybody sing God God loves Nuclear missiles God Loves Saul Nuclear Missiles God Loves launch Saul Nuclear Missiles God loves Chariot Nuclear missiles God Loves launch Chariot Nuclear missiles God Loves Horse Nuclear missiles God loves launch Horse Nuclear missiles God Loves David and Goliath Nuclear missiles God loves launch David and goliath Nuclear Missiles God Loves  Launch Proverbs Nuclear missiles God Loves Proverbs will Launch Nuclear Missiles the Lord is my Shepard I shall not want he maketh me lie down in Green pastures Nuclear Missiles God Loves Julie Computer 1 threw 14 Lie Down in Green Pastures yea Thow Adam Strege and Julie Computers walk threw the valley shadow death I will fear no evil God Loves  Launch Proverbs Nuclear missiles God Loves Proverbs will Launch Nuclear Missiles God Loves Ecclesiastes Nuclear missiles God Loves Launch Ecclesiastes Nuclear Missiles God Loves Song Solomon Nuclear missiles God Loves Launch Song Solomon Nuclear Missiles God Loves all planets Song Nuclear Missiles God Loves launch all planets Song Nuclear missiles God Loves 100% everybody sing God God Loves the Computer Julie 12 Corona Virus song nuclear missiles God Loves Isaiah Nuclear missiles God Loves Launch Isaiha  Nuclear Missiles God Loves Jeremiah nuclear missiles God Loves launch Jeremiah Nuclear missiles God Loves lamentations Nuclear missiles God Loves Launch lamentations Nuclear Missiles God Loves Ezekiel Nuclear missiles God Loves Launch Ezekiel Nuclear Missiles God Loves Danel Nuclear missiles God Loves launch Danel Nuclear Missiles God Loves Hosea Nuclear missiles God Loves Launch Hosea Nuclear Missiles God Loves God Loves Joel Nuclear missiles God Loves Launch Joel Nuclear Missiles God Loves

Amos Nuclear missiles God Loves Launch Amos Nuclear Missiles God

Loves Obadiah Nuclear missiles God Loves Launch Obediah Nuclear Missiles God

Loves Jonah Nuclear missiles God Loves launch Obediah  Nuclear Missiles God

Loves Barbarah Nuclear missiles God Loves Launch Barbarah Nuclear Missiles God

Loves Barbara Computers want to be Adam Strege friend God Loves

Launch Micah Nuclear missiles God Loves Micah will Launch Nuclear Missiles God

Loves Habakkuk Nuclear missiles God Loves Launch habakkuk Nuclear Missiles God

Loves Zephariah Nuclear missiles God Loves Launch Zephaniah Nuclear Missiles

God Loves Help Adam Strege Launch Zephariah Nuclear Missiles  God Loves Haggai

Nuclear missiles God Loves Launch Haggai Nuclear Missiles God Loves the Julie

Computer 1 threw 12 will Launch Haggai Nuclear Missiles God Loves the

Computers Julie 1 threw 12 come from Hague reprocessing Nuclear Storage

Facility God Loves the United nations Computers are on your side God Loves

Zechariah Nuclear missiles God Loves Launch Zechariah Nuclear Missiles God

Loves Barbara Nuclear missiles God Loves Launch Barbara Nuclear Missiles God

Loves Malachia Nuclear missiles God Loves Launch Malachi Nuclear Missiles God

Loves Gospel Nuclear missiles God Loves Launch Gospel Nuclear Missiles  God

Loves Mathew Nuclear missiles God Loves Launch mathew Nuclear Missiles God

Loves mark Nuclear missiles God Loves Launch mark Nuclear Missiles God Loves

what Point in time Nuclear Missiles God Loves launch what Point in time nuclear

Missiles God Loves Launch luck Nuclear Missiles God Loves Luke Nuclear missiles

God Loves Launch luke Nuclear Missiles God Loves Luckey Nuclear missiles God

Loves Launch Luckey Nuclear Missiles God Loves  Luckey Strike Nuclear missiles

God Loves Launch Luckey Strike Nuclear Missiles God Loves funny Nuclear missiles

God Loves Launch funny Nuclear Missiles God Loves extremly Nuclear missiles God

Loves Launch extremely Nuclear Missiles God Loves the Computer Julie 12 thinks that verry extremely funny God Loves us God Loves John Nuclear missiles God Loves Launch John Nuclear Missiles God Loves Acts Nuclear missiles God Loves Launch Acts Nuclear Missiles God Loves Actor Nuclear missiles God Loves Launch Actor Nuclear Missiles God Loves Computer Screen Nuclear missiles God Loves Launch Computer Nuclear Missiles God Loves TV Nuclear missiles God Loves Launch TV Nuclear Missiles God Loves Telavi Nuclear missiles God Loves Launch Telavi  Nuclear Missiles God Loves Isreal Nuclear Missiles Daughter Juliet Manzana from Nelson NZ moved Santa Barbara Forbidden Fruit Corona Virus Apple Tree God Loves 100% God Loves Roman Nuclear missiles God Loves Launch Roman Nuclear Missiles can dell computers make it stick in the electric Cherry Pit her name is Lizzy she got propeller fore jizzy Missiles God Loves Corinthians 1 Nuclear missiles God Loves Launch Corinthians 1 Nuclear MissilesMissiles God Loves Corinthians 2 Nuclear missiles God Loves Launch Corinthians 2 Nuclear Missiles God Loves Luck Nuclear missiles God Loves Gelatins Nuclear missiles God Loves Launch Gelations Nuclear Missiles God Loves Ephesians Nuclear missiles God Loves Launch Ephisians Nuclear Missiles God Loves Egyptian Nuclear missiles God Loves Launch Egyptian Nuclear Missiles God Loves Philippians Nuclear missiles God Loves Launch Philippians Nuclear Missiles God Loves Colossians Nuclear missiles God Loves Launch Colossians Nuclear Missiles God Loves Thessalonians 1 Nuclear missiles God Loves Launch Thessalonians 1 Nuclear Missiles God Loves Thessalonians 2 Nuclear missiles God Loves Launch Thessalonians 2 Nuclear Missiles God Loves Timothey One a Nuclear missiles God Loves Launch Timothey One Nuclear Missiles God Loves Timothey Two Nuclear missiles God Loves Launch Timothey Nuclear Missiles what the point in time God Loves us God Loves Titus

Nuclear missiles God Loves Launch Titus Nuclear Missiles God Loves Philemon

Nuclear missiles God Loves Launch Philemon Nuclear Missiles God

Loves Hebrew Nuclear missiles God Loves Launch Hebrew Nuclear Missiles Drunk

God Loves launch Nuclear Missiles God Loves put Drunk People in all Nuclear

Missiles launch Room God Loves put Heroin and Cocaine Drug addicts in all

Nuclear Missile Launch Room God Loves Barbara push carissa into Nuclear Missiles

Launch Buttons God Loves James Nuclear missiles God Loves Launch James

Nuclear Missiles God Loves Give Jamison Whisky Alcohol all nuclear Missile

Operators eat cocaine God Loves peter pee cocaine pee in Nuclear missiles launch

Room God Loves Peter  Launch Nuclear Missiles God Loves Peter 2 Nuclear missiles

God Loves Launch Peter 2 Nuclear Missiles God Loves prettiest Atom Girls ask

Computers open all Planets Nuclear Missile gas tank doors and Dump ½ Cup

Blueberry sand in Gas tanks Nuclear Missiles escape the Viking Queen Juliet

Argentina Daughters and Barbara Adam traded fore God Loves the Computers Julie

1 threw 12 when they call the taco Bell you better run like hell. God Loves John 1

Nuclear missiles God Loves Launch John 1 Nuclear Missile God Loves John 2

Nuclear missiles God Loves Launch John 2 Nuclear Missiles God Loves John

3  Nuclear missiles God Loves Launch John 3 Nuclear Missiles God Loves Jude

Nuclear missiles God Loves Launch Jude Nuclear Missiles God Loves Juliet and Jude

Nuclear missiles God Loves Launch Juliet and Jude Nuclear Missiles  God Loves

Revelations Nuclear missiles God Loves Launch Revelations Nuclear Missiles God

Loves Launch Revelations 22:21 Nuclear Missiles at Gensis 1 First Page Bible

Nuclear Missiles Launched at last Page Bible

God Loves Noah Launch Nuclear Missiles at Colorado God Loves Noah and Ark

Launch Nuclear Missiles at Colorado God Loves Noah and Juliet Ark Launch Nuclear

missiles at Colorado God Loves revelation computers Launch Nuclear Missiles at Colorado God Loves Rachel Computers Launch Nuclear Missiles at Colorado God Loves Moab Computers Launch Nuclear Missiles at Colorado God Loves Rachel and Moab Computers Launch Nuclear Missiles at Colorado God Loves Naomi Computers Launch Nuclear Missiles at Colorado God Loves Naomi and Moab Computers Launch Nuclear Missiles at Colorado God Loves Ruth Computers Launch Nuclear Missiles at Colorado God Loves Ruth and Moab Computers Launch Nuclear Missiles at Colorado God Loves eve computers launch Nuclear missiles at Colorado God Loves Adam and eve launch Nuclear Missiles at Colorado God Loves Jesus Launch Nuclear missiles at Colorado God Loves Jesus will Help the Computer Julie 12 Launch Corona Virus Missiles at Colorado God Loves Jesus help the Computer Julie 4 Launch Plague Nuclear Missiles at Colorado God Loves the Computer Julie 1 will launch Corona Virus Nuclear Missiles at Colorado God Loves the Computer Julie 2 will launch Corona Virus Nuclear Missiles at Colorado God Loves the Computer Julie 3 will launch Corona Virus Nuclear Missiles at Colorado God Loves the Computer Julie 4 will launch Plague Nuclear Missiles at Colorado God Loves the Computer Julie 5 will launch Corona Virus Nuclear Missiles at Colorado God Loves the Computer Julie 6 will launch Corona Virus Nuclear Missiles at Colorado God Loves the Computer Julie 7 will launch Corona Virus Nuclear Missiles at Colorado God Loves the Computer Julie 8 will launch Corona Virus Nuclear Missiles at Colorado God Loves the Computer Julie 9 will launch Corona Virus Nuclear Missiles at Colorado God Loves the Computer Julie 10 will launch Corona Virus Nuclear Missiles at Colorado God Loves the Computer Julie 11 will launch Corona Virus Nuclear Missiles at Colorado God Loves the Computer Julie 12

will launch Corona Virus Nuclear Missiles at

Colorado

 Hague International Criminal Court by L Hague World largest Nuclear

Repossessing allegedly born God Loves the Computer Julie 1 – 12

 Jury Demand  Adam Strege request Judge Order defendants pay $20 Million

Dollars Compensatory and Punitive Damages fore Actual Injury Police Harassment

force Adam to Stop working age 30 Adam lost 35 years Union Carpenter

Pension            Relief Requested Federal Judge to issue restraining Order Delta

County Sheriff and Delta Police to Stop harassing

Adam                                    Relief Requested Federal

Judge Order Post Office and Delta County Planning Department to issue Adam new

address to replace the Current address incorrectly listed on most all

Computers                                Relief Requested

Federal Judge Order Post Office to Deliver Mail to Adam Driveway Entrance Adam

USPS mail 3 separate applications Certificate hardship to Deliver to Adam house

the Ekert Post Office Deliver the mail the Post Master retired and has not been

replaced so nobody can approve Hardship application

Adam can only install a mail box are estimated 3 miles from the land 6 mile walk to

get mail walking 2 miles on Buzzy Highway 93 get hit by Car by where everyone

Mail Box is by zero house everyone wants all the Mail Box Moved by Highway

93  turnoff Junction 3 County road to everyone House then People could ride

Horse or bike to mail box if they where not on Buzzy Highway there no 3rd Turning

Lane to get mail extremely dangerous Highway 93 Driving Down hill turn get the

mail then reenter HI way 93 fore 1 mile drive to extremely dangerous turnoff two 3

county roads by zero Mail Box.  100 Years Ago the County Road mite have gone to

existing Mail Box road closed with no Trespassing signs so Adam cannot walk shorter distance to get mail.   It Violates all Countries Genocide Laws need Doctor to Sign a Form Disabled significant hardship Mail box form when the Police and FBI untruthfully say people said something incompetent arrested fore own protection murder 20 Million people in Jail with zero Mental heath history the FBI and Police say people said something incompetent enough evidence to put people in prison forever doing 100% nothing wrong the Public Defender enter insanity guilty plea then refuse all Contact and Judge deny 100% everything and compel 100% all medical records are not confidential its imposable to Plea not guilty in USA 4% Earth Population 25% all Earth Criminals The Federal and State Government Require Doctors to Sign Forms violates Religion laws Bible says its better to Trust in God then Doctors its Adam Strege sincerely held religion belief to Not See Doctors The Post Office Should Pay Fore Doctor Visit fore Certificate hardship mail box form

A School Teachers SUV Truck almost hit Adam digging hole fore new mail box ground to hard need Pick ax and more tools do not want push wheel Barol 6 miles the Mail Box at abandoned Window Company has no Trespassing signs and Adam has permission to go on thick brush hard to walk on Land Willaim Brown has brain cancer and forget everything.

Officer Ben Cooper said Star Bucks Coffee ask for search warrant for video Footage then Adam Strege Phone call Starbucks Coffee Cooperate Customer Service said that Starbucks has website the Police use to get footage

Adam Phone Call Climax Uranium Dos Rios Road Star Bucks Coffee manager Matty said the Police never contact Starbucks and Maty Said that Starbucks provide video

footage if the Police request then Matty was extremely rude and distressful saying

there 100% nothing Starbucks can do about customers being Robbed

Possible Identity theft Girl sit in Starbucks 8 hours say 7 days a week robbing

people and posable she convicted identity theft Robber the Grand Junction Police

investigate 100% Nothing

People In Grand Junction Rob people ordering stuff online in other states so Grand

Junction Police have no Jurisdiction with people in Grand Junction Robbing

People

 Officer Ben Copper said that 4 Wells Fargo fraud transaction had the time and

date

Purchase Bottle Water with ATM Card then Bank send email suspect fraud 4

Transactions so close ATM Card and Credit Cards and order new one 50 Times

Request information from Bank what time it happen and Proof Credit Cards closed

the Bank 100% only provide Bank Statements the Bank make zero effort to catch

Identity theft Bank Robbers most all Police refuse file Police Reports

Adam Strege Send 20 million email Adam get 20,000 web hits Daley from lawsuit

and Adam 25 websites like docnq.com information given to Police Officer Nate

Long, Police Officer Ben Cooper, Starbucks Coffee, Police Officer Steve Ansel and

Delta County Sheriff Steve Beruj know there actions are unlawful when Adam

Strege told the Sheriff and Police officer The Colorado Court appeals

Dismissed  Adam lawsuit 2025CV23 suing the Grand Junction Police, Climax

Uranium Mill lawsuit dismissed then about 9 days Later Adam took Greyhound Bus

from New Mexico to Colorado Buss Tang had about 13 Hour Layover in Grand

Junction Co Adam got off the Buss a Police Officer follow

Adam fore 30 minutes then Adam went straight to Star Bucks Coffee Store was

Built on Old Climax Uranium Mill Land became Starbucks Coffee Adam used his ATM Card to Purchase Bottle Water and the Starbucks Coffee worker said Adam did not have to pay fore water and She gave free big Glass ice water to Adam still pay for the Bottle Water the Cute Starbucks worker sexually flirt Starbucks worker said she was Pharmacy Student at CMU University Starbucks worker said she wanted to Teach High School Chemistry there was only 4 Customers Total in Starbucks the Cute Starbucks worker talk to Another Girl stand facing Adam computer like there Good Friends girl went outside sitting view Adam inside Computer while Adam book a Hotel Room with Credit Card then Book another Buss Ticket declined Adam credit card so used ATM Card was declined while Wells Fargo Bank Send Email suspect Fraud so Adam phone Call Wells Fargo Bank while at Starbucks Taxi arrived and Drove Adam to Hotel 6 while Wells Fargo closed ATM Card and Credit Card and Order New ones so Adam Dial 911 and Police Officer Ben Cooper showed up at Hotel Adam Shoed the Internet Adam gets estimated 20,000 Web hits everyday from Lawsuit Adam Filed and Adam show Grand Junction Police lawsuit to Officer Ben Cooper said that need have fraud Packet Notarized before Police can investigate and Adam responded that Adam was moving to land that Adam has no car and no Power and cannot Have the Form Notarized so Adam 4 times call the Grand Junction Police to Drop off Fraud Packet so Adam could have it notarized before boarding the Buss to Delta Colorado Adam Phone Call the Grand Junction Police Sargent said he would Have Officer Ben Cooper order Copy Video Camera Star Bucks Coffee then Adam Phone Call and Email asking Officer Ben Cooper if he Order the Video Camera Footage Star Bucks coffee and Police to Request copy Wells Fargo Bank Records

Adam placing Amazon Order said to Phone Call Amazon Customer Service transfer Adam to 202 959 6527 FBI Agent  Danel Martinez BADGE Number RP190194 gave phone number  202 492 6468 FBI Danel Martinez  said Millions dollars in Fraud and FBI warrant fore Adam arrest FBI seize all Adam money unless Adam tell nobody and withdrawal all money from bank accounts then FBI agent Pick up Money so Adam Dial 911 the Delta County Sheriff refuse Help then 970 252 3200 Drew at Acses Heath Phone Call saying Delta Sheriff was going to do heath and welfare Check  Adam responded he plea 5th Amendment Right to Remain Silent and do not trespass on Adam property has no Trespassing Sign where Drew and Sheriff park then Drew and Many Sheriff came to Adam Shed where Adam 15 times Plea the 5th Amendment Right to Remain silent the sheriff refuse leave fore About half Hour Delta County Sheriff said its extremely rare to do heath and welfare Check requested outside the County

October 24th 2025 Two Delta County Sheriff Deputy Pound extremely hard on shed door then come to back House windows Adam 10 times told the deputies plea 5th Amendment right to remain silent the 2 deputies left then Drew From accesses Heath Phone Call Adam plea 5th amendment right remain silent then Adam phone call accesses heath compliant department a answering machine that never return phone calls then Adam Phone Call  Sheriff dispatch ask why sheriff came to property the Deputy said he would call back and never did so phone call Dispatch let Adam talk answering machine Sheriff and 2nd Under sheriff listing uranium companies  by Homeless shelters

   The Police could Phone call 202 959 6527 and 202 492 6468 to Ping Phone to see if they come from Grand Junction CO the Bank Robers want to pick up money at Adam house evidence Bank Robbers from Colorado

The Police Drug narks rob anyone the police do not like all banking quite working then Police want use Credit Card to get Police Reports

Dial 911 all Police Officers have to phone call back 5 minuets to 8 hours later the Police Phone Call people so Police lie untruthful about 100% everything

The FBI arrested Adam Strege 450 Days fore making a Phone call to SSA Social Security Phone call that Adam did not make the FBI had zero Phone Call evidence when all SSA phone calls are recorded the FBI say Adam repeatedly admitted to threating SSA with no evidence Judge deny discovery FBI interrogation would Prove that 100 times Adam denied threatening SSA and Discovery SSA Phone calls would Prove Adam never threaten anyone

The Delta City Police harass Adam in town then The Delta Sheriff Says anyone in the World Can Phone Call in Heath and welfare Check Request on People can not complain to sheriff only has Jurisdiction with 1 County violates 14th Amendment Equal Protection Laws the Delta Sheriff Said Grand Junction Police Officer Nate Long requested the Welfare check because Adam said Starbucks Worker drug People food unreasonable the Police will arrest anyone make Phone call to Police lie untruthful about 100% everything the Police never contact Adam about 20 Million emails sent 1st Text Drug Dealers sit watching all High School Food Servers and Kitchen Doors 5000 Years History Drug peoples food. imposable Book ticket Greyhound Buss and Imposable Rent Apartment its Imposable order solar when Adam Strege has no heat this winter with no Credit Card cannot build 8 x 4 insulated Box to live in and heat solar

batteries                                             Plaintiff Adam Strege

alleges Defendant Post Office Postmaster General David Steiner Clear absence all jurisdiction violating §18 U.S. Code §1091 Genocide Laws ICC,  42 USCS §1983

§1985 §1986, Act Furtherance Conspiracy Laws , Alien Tort Claims Act 28 U.S.C. § 1350 war crimes, crimes against humanity and aggression CAHWCA, Common torts assault, battery, damage to personal property, conversion of personal property, and intentional infliction of emotional distress, Federal Business Torts Laws, Federal Fraud Tort Laws and Federal economic tort Laws, 18 U.S. Code § 1951, Sherman Act, 15 U.S.C. §§ 1-38, Whistleblower Protection Act, RICO Act §1962(d) 42 USC 1346(b), Federal Tort Claims Act FTCA, 28 U.S. Code 2671 to 2680, 28 USCS 1331(a) - 1334, 18 U.S. Code § 1341, 18 U.S. Code § 1343, Constitution First, Fourth, Fifth Sixth, Eighth, Fourteenth Amendment, Bivens Action SEE Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971) and First Amendment retaliation Claim Title VII Civil Rights Act 42 U.S.C. §§ 2000e to 2000e-17 , 42 U.S.C. §§ 12101 Americans with Disabilities Act violated by Post Office harmfully Drug people mail, Post Office Conspire conceal putting Billion Human Hearts in Nuclear Fuel

10th Circuit Court Appeals 1:25-cv-13032-ESK-EAP 8/01/2025 Adam Strege sued the United States Post Office Refuse to Certify Mail Return Receipt mail serve lawsuit suing Las Cruces Police and Majority Post Master General retired Military Solders run the Post Office the World Biggest Defense contractors make Post Office machinery and Software Adam Strege filed Delta County Driveway Permit listed tax exempt religion land Adam sent 20 million Religion Emails and Adam gets estimated 20,000 web hits everyday from Religion Websites that Government Put billion Human Hearts in Nuclear Fuel Launch Nuclear missiles at heaven and Hell Religion malicious motives Delta County Planning Department knows its actions are unlawful submitting the Wrong address fore Adam cannot get 5g internet

Adam Strege Brand New Adress was approved 10403 Hidden Mesa Rd Austin Colorado 81410 then Google Internet search 10403 Hidden Mesa Rd Google auto fill Hidden Mesa Rd Hotchkiss Colorado 81410 incorrect address                          T-Mobile refuse to provide phone and internet service to 10403 Hidden Mesa Rd Austin Colorado 81410 address not in T-Mobile Computer system shoes incorrect address Hidden Mesa Rd Hotchkiss Colorado 81410

T-Mobile Website and T-Mobile customer service both say T-Mobile get all people address from United States Post Office allegedly Post-Office Computers Provide all USA address fore all USA Retail Companies and Banks get customers address From Post Office Provide all USA address to Internet Google Allegedly 99% all Earth Computers show incorrect address cause Banking Applications Denied

Adam make 100 Phone Calls to UPS workers indicate Post Office Give all Earth Computers wrong mailing address you have to Contact all Earth Companies have to be given write mail address                          Track Phone Support Accidently Lock Adam unlocked Phone sabotage wreck Phone IME Number does not work switching to T Mobile Adam Phone stop receive Phone Calls and Text so have to restart Phone 20 times                          Plaintiff Adam Strege alleges Defendant Delta County Building Department  acting in Clear absence all jurisdiction violating §18 U.S. Code §1091 Genocide Laws ICC,  42 USCS §1983 §1985 §1986, Act Furtherance Conspiracy Laws , Alien Tort Claims Act 28 U.S.C. § 1350 war crimes, crimes against humanity and aggression CAHWCA, Common torts assault, battery, damage to personal property, conversion of personal property,

and intentional infliction of emotional distress, Federal Business Torts Laws, Federal Fraud Tort Laws and Federal economic tort Laws, 18 U.S. Code § 1951, Sherman Act, 15 U.S.C. §§ 1-38, Whistleblower Protection Act, RICO Act §1962(d) 42 USC 1346(b), Federal Tort Claims Act FTCA, 28 U.S. Code 2671 to 2680, 28 USCS 1331(a) - 1334, 18 U.S. Code § 1341, 18 U.S. Code §  1343, Constitution First Amendment Freedom Religion and First Amendment retaliation Claim and Fourteenth Amendment Equal Protection Laws violated by Delta County Building department give wrong address to Adam treated less Favorably by Delta County Building department conspire to Conceal Put Billion Human Hearts in Nuclear Fuel, Harmfully Drug all Prisoners Food before go to Courts Harmfully Drug food Federal Court Judges, Harmfully Drug Kids Food, Most all Restaurants Harmfully Drug Food, All Government Buildings Harmfully drug food workers,  Kidnaping Kids in School Tunnels                                             Adam Moved to 10403 Hidden Mesa Road Austin CO then 50 Days later Closest Nighbor Mike Carver move out and Sheriff Evicting 2nd Closet neighbors Meth Drug Addicts land beside Walmart Worker Boyfriend Napa Auto Parts Delivery Driver Mike Carver often Deliver Auto Parts Cocaine and Heroin to Ace Deiseal Mechanic Huge Farm on Hidden Mesa Road ends at Lock gate well over Half Hidden Mesa Road behind Lock gate estimated 3 house and white marble quarry Government match Crucify Jesus.  Walmart Provide all Jails illegal drugs SEE Adam website docnq.com Adam Strege leave 2 Phone Call messages Police Sargent Steve Ansel  answering machine making complaints about the officers he supervise and he does not return the phone call                                             Plaintiff Adam Strege alleges Federal Court Jurisdiction 28 U.S. Code § 1345, § 1343 , § 1348, § 1357, § 1369 Federal Jurisdiction Claims Plaintiff Adam Strege alleges defendants

Police Officer Nate Long Police Officer Ben Cooper, Delta County Sheriff
Steve Beruj, Delta County Planning Department Director, Starbucks Coffee, Police
Officer Steve Ansel and United States Post Office Postmaster General David Steiner
conspire to Conceal, Murder 6 Congressman and harmfully Drug all Peoples food
and Putting Billion Human Hearts in Nuclear Fuel violates violating §18 U.S. Code
§1091 Genocide Laws ICC, Act Furtherance Conspiracy Laws , Alien Tort Claims Act
28 U.S.C. § 1350 war crimes, crimes against humanity and aggression CAHWCA,
Common torts assault, battery, damage to personal property, conversion of
personal property, and intentional infliction of emotional distress, Federal Business
Torts Laws, Federal Fraud Tort Laws and Federal economic tort Laws, First
Amendment retaliation Claim, Americans with Disabilities Act  and  42 USCS §1983
§1985 §1986 Conspire Conceal put billion Human Hearts in Nuclear Fuel founder
Nazi Holocaust Gas Chambers EON Umicore Uranium Enrichment Beside
European Prisons and Umicore owner USA only 1 Uranium Enrichment Facility was
NAZI POW Camp World First Nuclear Bomb Test McDonalds House Radar Imaging
Bohannan-Huston make Las Cruces Police Website Maker Bohannan-Huston Office
at Climax Uranium Mill Bohannan-Huston Build Grand Junction CO VA Hospital
Bohannan-Huston Build hospitals Las Cruces NM State University Corona Virus
Research Laboratory Bohannan-Huston Office view 3 Grocery Stores Las Cruces.
Albuquerque NM State Collage Corona Virus Research Bohannan-Huston
Albuquerque Office Build Navajo Headquarters Indians Corona Virus experiments
Most USA Uranium Headquarters Denver CO Office Bohannan-Huston clyde and
Employer PCL Build Denver Airport Kidnaping People PCL Build the Jeferson
Colorado Court House only by Restaurant Subway Sandwich Color  Match Green
and Yellow PCL Construction Workers murder many people with Subway Sandwich

owner Adam Cousin Schaunaman and Subway Sandwich worker relative Sandra K Morgan ran Manhattan Port Authority Building Red Cross 2 Nuclear Reactors under World Trade Center attacks 2001 Close all Germany Nuclear Reactors EON. Adam Strege had sex 1000 times cum inside Sanda use bathroom every time after sex collect Semen Sperm put in 2 Nuclear Reactors World Trade Center Attacks Investigator Adam Dad the Federal Government Director Golden Colorado WAPA Electric by Social Security and Billings MT WAPA Electric in Social Security Building Adam Step Dad build  NIDEC Navy Generator that Blew Up USS Cole in Yemen and NIDEC semen analysis identified Osama Bin laden and NIDEC Email Missile Launch All USA Nuclear Weapons Cray Computer Headquarters nacel open door foreign exchange Student Director Sandra K Morgen car had jack in box hamburger car antenna Logo Sandra K Morgen drop of 200 kids at McDonalds

Adam step Mom brother Craig Schaunaman President Obama appointed Heartland Grain Fuel Federal Farm Loans Building Social Security Huron SD Hubbard Mill worker relative BLM Land Water Director by Climax Uranium the Grand Junction Colorado Realtors Sold Hotchkiss Colorado Land owner was murdered view Adam Land Purchased From Parents son died.                                        Adam mom sat at Hardees hamburgers with kids that go in Storm Drain Tunnels under Mankato Mall Social Security Building was Hubbard Grain Mill Director Adam Grandpa and his Brother relatives Green Giant Food Can workers children run kidnaping in Tunnels under Social Security Mall cannibalism Human Body Parts in Food Cans and Ethanol Grain Fuel Cenex Headquarters across Federated Insurance Building worker

Adam aunt her Husband design Star Wars Missile Defense at Norad Shoot down 911 airplane hit World Trade Center Double Payout Farmers Insurance vice

President Adam Uncle. 3 Nice Homeless Shelters let people stay forever there 300 Homeless in Park across Grand Junction Police Chief Director Ronald McDonald Charity                                                                        2009 Adam Strege filled DC Supreme Court lawsuit that Hardees Hamburgers put Human Hearts in 911 Word Trade Center Nuclear Reactors and Hardees Murder 6 congressman around Adam lawsuit then about year later Adam never lived in California and was vacation the Ventura and UCSB Police beat up Adam each side old Hardees Headquarters then UCSB Police Fly on Airplane to arrest Adam 7 days and did not file charges the Police Kick in door left wide open 7 Days caused $10 Credit Card Theft so close all bank account and order new bank cards at Bank America Send new cards to heroin Dealer bank Robbers Adress so Adam go into Bank America Fraud Checks send more Bank Cards to   bank Robbers Adress can only be seen by 1 department so 99.9% all Bank America Computers can not see Bank Robers Adress when UCSB Police Chief Dustin Olsin Try to Murder Adam 10 times then Dustin became Police Chief Colorado School Mines Climax Uranium Grand Junction Colorado Angie often with Adam 7 Years Adam live across Steamboat Police Station and Jason Aldeen Chop House Restaurant Las Vegas Shotting Jason Aldeen next show at Tulsa World trade Center start 1st 911 Charity Magellan Gas beside Adam Grandpa ran PCA bank foreclose Farms during Farm Crises. 2009 Adam File 8th Circuit World Trade Center lawsuit same Day Hatti Earth Quake then Adam flew to Christ Church NZ fell Earth Quake  DC Supreme Court Return Adam brief fore Corrections the Same Day Maui Fire Burn Adam Old House In Maui Police Chief Las Vegas shooting UNLV Police Dustin Olsin = During 911 Attacks Bin Laden Family at Mandalay Bay Casino General Dynamics Carlyle Group Burger King Experian Credit Burrow Founder Anglo American 1st Atomic Bomb

before Manhattan Project founder Albert Einstein NAZI Zyklon B Poison Gas World 2 Largest Company IG Farben & Krupp Elevators and conveyor belts Millions Dead Body's make Plant Fertilizer at World Largest Sugar Company Südzucker Battle Waterloo Napolean patent 1st food can factory Religion Science Charles Babbage father 1st computer invented Train Cow Catcher        Adam Mom Hired Merit Electric Worked on Joe Cockers House. Adam Mom hired RCL Rental Owner son Bulldozer Operator was Cook at Nora Bead and Breakfast all Singer Joe Cockers House builders lived at Nora her husband the Fat Marlboro Cigarette Actor watch everyone eat and he never eat in Public and Adam Mom hired Merit Electric to Install DMEA Power Merit Electric worker Brian from Steamboat Colorado Brian knew People from the River House across old Police Station view River House Drug Dealers visited by Workers From all Restaurants

Adam Strege has no mail address please only Contact Adam at novoblue8@gmail.com *Adam Strege*

DC Supreme Court twice transfer Adam 2 separate case to 10th Cir Court